AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| CLARISA GALLEGOS<br>*Plaintiff(s)*<br>v.<br>WAYPOINT RESOURCE GROUP, LLC<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-513 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WAYPOINT RESOURCE GROUP, LLC
c/o COGENCY GLOBAL INC.
2005 EAST 2700 SOUTH STE 200
Salt Lake City, UT, 84109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel J. Ciment
Ciment Law Firm, PLLC
400 E. Weatherford St.
Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/07/2026

C. Padgett
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

Civil Action No. 6:26-cv-513

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN District of Texas

Case Number: 6:26-CV-00513-CRW-DNM

Plaintiff: **CLARISA GALLEGOS**
vs.
Defendant: **WAYPOINT RESOURCE GROUP, LLC**

For:
CIMENT LAW FIRM, PLLC
400 E. WEATHERFORD ST.
FORT WORTH, TX 76102

Received by ANDREA LAMBROS on the 11th day of August, 2026 at 5:01 pm to be served on **WAYPOINT RESOURCE GROUP, LLC R/A COGENCY GLOBAL INC., 2005 EAST 2700 SOUTH, SUITE 200, SALT LAKE CITY, UT 84109**.

I, ANDREA LAMBROS, being duly sworn, depose and say that on the **13th day of August, 2026** at **9:52 am, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT JURY TRIAL DEMANDED;** with the date and hour of service endorsed thereon by me to **COGENCY GLOBAL INC./TRISH LOCHHEAD** as **Registered Agent** of the within named corporation, at the address of: **2005 EAST 2700 SOUTH, SUITE 200, SALT LAKE CITY, UT 84109** and informed the said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

HEIDI ANDERSON
Notary Public, State of Utah
Commission # 741235
My Commission Expires
01/24/29

Subscribed and Sworn to before me on the 14th day of August, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

**ANDREA LAMBROS**
Process Server

**ATX PROCESS, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: AND-2026004393
Ref: 2026009881

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e