UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CLARISA GALLEGOS, *Plaintiff,* | § | |
| v. | § | CASE NO. 6:26-cv-00513-CRW-DNM |
| WAYPOINT RESOURCE GROUP, LLC *Defendant.* | § | |

**DEFENDANT WAYPOINT RESOURCE GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant WAYPOINT RESOURCE GROUP, LLC ("Waypoint") hereby moves, by and through undersigned counsel, for an unopposed extension of time to respond to Plaintiff Clarisa Gallegos' Complaint. In support thereof, Defendant states as follows:

1. On or about August 7, 2026, Plaintiff filed her Complaint alleging Waypoint violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA").

2. On or about August 13, 2026, Waypoint was served with the Complaint. Accordingly, the current responsive pleading deadline is September 3, 2026.

3. Waypoint recently retained counsel and is in the process of identifying relevant information and documents, analyzing the matter, and seeking an efficient

method of addressing this dispute. Waypoint requests this brief 14-day extension, through and including September 17, 2026, for good cause so that it has additional time to complete its initial investigation and properly respond to the Complaint.

4. This extension is requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this motion would not prejudice any party and will save time and costs for the Court and the parties.

5. Waypoint has conferred by email with Counsel for Plaintiff who has confirmed Plaintiff is unopposed to an extension of time until September 17, 2026.

6. Accordingly, Waypoint respectfully requests the Court enter an order granting Defendant's Motion for an Extension of Time which would place Waypoint's responsive pleading deadline on September 17, 2026.

Dated: September 3, 2026

Respectfully submitted,

**FROST ECHOLS LLC**

*/s/ Cooper Walker*
COOPER M. WALKER (State Bar No. 24098567)
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

***COUNSEL FOR DEFENDANT WAYPOINT RESOURCE GROUP, LLC***

## CERTIFICATE OF SERVICE

On this 3rd day of September 2026, I hereby certify that a true and correct copy of the above and foregoing has been forwarded through the CM/ECF system to the following recipients:

Daniel J. Ciment
CIMENT LAW FIRM, PLLC
400 E. Weatherford Dr.
Fort Worth, TX 76102
Daniel@cimentlawfirm.com

*/s/ Cooper Walker*
COOPER M. WALKER