UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CLARISA GALLEGOS,<br>*Plaintiff,*<br><br>v.<br><br>WAYPOINT RESOURCE GROUP, LLC<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:26-cv-00513-CRW-DNM |

---

**ORDER GRANTING DEFENDANT WAYPOINT RESOURCE GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

After considering Defendant WAYPOINT RESOURCE GROUP, LLC'S Motion for Extension of Time (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Waypoint Resource Group, LLC shall have until September 17, 2026, to respond to Plaintiff's Complaint.

Dated: ______________________ ________________________________

JUDGE DAN MACLEMORE
UNITED STATES DISTRICT COURT