**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**CLARISA GALLEGOS,**
Plaintiff,

v.

**WAYPOINT RESOURCE GROUP, LLC,**
Defendant.

Case No. 6:26-cv-513

**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT**

**JURY TRIAL DEMANDED**

# NOTICE OF SETTLEMENT

Plaintiff, **Clarisa Gallegos**, hereby notifies the Court that the parties have reached an agreement in principle to settle all claims and causes of action in the above-captioned matter.

The parties are currently in the process of finalizing a formal settlement agreement and completing the necessary exchange of documentation.

The parties anticipate filing a **Stipulation of Dismissal** with the Court within sixty (60) days.

Accordingly, Plaintiff respectfully requests that the Court vacate all currently scheduled deadlines, hearings, and the jury trial setting to allow the parties to finalize the settlement.

Respectfully submitted,

*/s/ Daniel J. Ciment*

Daniel Ciment

CIMENT LAW FIRM, PLLC

400 E. Weatherford St.,

Fort Worth, TX 76102

833-663-3289, ext. 1001

Daniel@cimentlawfirm.com

ATTORNEY FOR PLAINTIF

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 17, 2026, a true and correct copy of the foregoing was served via the Court's electronic notification system on Plaintiff's attorney of record.

**/s/** *Daniel J Ciment*
Daniel Ciment